UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,                              Civil Action No. 5:07-HC-2097

vs.                                        HON. BERNARD A. FRIEDMAN

HOBART BARRETT,

    Respondent.
_____/

## **JUDGMENT**

       On December 1, 2011, the court issued a bench ruling in this matter with findings of fact and conclusions of law. In accordance therewith, and for the reasons stated on the record,

       IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for petitioner and against respondent.

       IT IS FURTHER ORDERED AND ADJUDGED that respondent is hereby committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4248.

                                                        DENNIS IAVARONE
                                                        CLERK OF COURT

                                                        By _____
                                                              Deputy Clerk

Approved: _____
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION