UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,                         Case No. 07-HC-2097-FL
                                            HON. BERNARD A. FRIEDMAN

vs.

HOBART J. BARRETT, JR.,

    Respondents.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION AND GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME

On February 27, 2014, the Court held a teleconference with the parties regarding petitioner's motion for reconsideration [docket entry 178] of Magistrate Judge James E. Gates's order dated February 11, 2014 [docket entry 175] and respondent's motion for an extension of the current deadlines in the discovery order [docket entry 180]. For the reasons stated on the record, it is hereby,

ORDERED that petitioner's motion for reconsideration is denied.

IT IS FURTHER ORDERED that respondent's motion for an extension of the discovery order deadlines is granted.

                                                  /s/Bernard A. Friedman
                                                  BERNARD A. FRIEDMAN
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Dated: February 27, 2014
        Detroit, Michigan