IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-HC-2097-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HOBART J. BARRETT, JR., | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's motion for status conference, (DE 387). Petitioner takes no position on the motion.

On December 1, 2011, the court found respondent is a sexually dangerous person and committed him to the custody of the Attorney General pursuant to the Adam Walsh Child Protection and Safety Act of 2006, 18 U.S.C. § 4248. On May 8, 2020, the court entered order of conditional release, which directed respondent's release from civil commitment as soon as suitable housing placement became available. According to the instant motion, respondent remains in custody at the Federal Correctional Center in Butner, North Carolina because the parties have been unable to secure housing placement for respondent.

For the reasons discussed in the motion, court DIRECTS petitioner to file status reports documenting efforts made to locate a placement for respondent beginning **June 22, 2020**, and every **seven days thereafter**, until housing placement is secured. In the event petitioner is not considering housing placements outside Kentucky, the court requests petitioner provide, in the first status report, its legal or administrative justification for limiting the search to Kentucky. Respondent may file response to the first status report within seven days of service. The court

DENIES without prejudice the instant motion for status conference, (DE 387).

SO ORDERED, this the 17th day of June, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge